Sarah J. Odia
NV Bar No. 11053
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Ste. 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
sjo@paynefears.com

Christina M. Paul
FL Bar No. 596876
*Pro hac vice* admitted
K & L GATES LLP
200 S. Biscayne Blvd., Ste. 3900
Miami, FL 33131
Telephone: (305) 539-3316
Facsimile: (305) 358-7095
christina.paul@klgates.com

Attorneys for Defendants WHITE RIVER MARINE GROUP, TRACKER MARINE GROUP, TRACKER MARINE, LLC, AND TRACKER MARINE RETAIL, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH TODD DUNLAP, an individual, MONA DUNLAP, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINIC AMATO, an individual, WHITE RIVER MARINE GROUP, a Missouri business entity, TRACKER MARINE GROUP, a Missouri business entity, TRACKER MARINE LLC, a Missouri limited liability company, TRACKER MARINE RETAIL, LLC, a Delaware limited liability company, DOES 1 through X, inclusive, and ROE CORPORATIONS 1 through X, inclusive, and ROE LIMITED LIABILITY COMPANIES 1 through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00189-JCM-PAL<br><br>**STIPULATION OF DISMISSAL OF ALL PARTIES AND RELATED CROSS-ACTIONS AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiffs JOSEPH TODD DUNLAP and

MONA DUNLAP ("Plaintiffs") and Defendants DOMINIC AMATO, WHITE RIVER MARINE

GROUP, TRACKER MARINE GROUP, TRACKER MARINE, LLC, and TRACKER MARINE

1  RETAIL, LLC ("Defendants") through their respective attorneys of record that Plaintiffs'
2  Complaint filed against Defendants, and all related cross-actions, shall be dismissed with
3  prejudice, pursuant to FRCP 41(a)(2).  All parties shall bear their own attorneys' fees and costs.
4       There is good cause for this Stipulation. Specifically, the parties have settled each and
5  every one of their actions and cross-actions against each other, and have exchanged good and
6  valuable consideration in support therefore. The case originated in the District Court, Clark
7  County, Nevada, and Notice of Removal to the United States District Court, District of Nevada,
8  was filed on February 1, 2019.  The state court action was closed pursuant to court order on
9  February 22, 2019.  For the reasons set forth above, the parties hereby request that this Court
10 dismiss this action with prejudice, each party to bear its own attorneys' fees and costs.

| Dated: March 5, 2020 | Dated: March 5, 2020 |
|---|---|
| STONER \| GRANNIS LLP | PAYNE & FEARS LLP |
| By:   */s/ William Stoner*<br>    William Stoner, Esq.<br>    *Admitted Pro Hac Vice*<br>    624 S. Grand Ave., Suite 2200<br>    Los Angeles, CA  90017<br>    (213) 687-2640<br><br>    H1 LAW GROUP<br>    Eric D. Hone, Esq.<br>    Jamie L. Zimmerman, Esq.<br>    701 N. Green Valley Pkwy, Suite 200<br>    Henderson, NV 89074<br>    (702) 608-3720<br><br>Attorneys for Plaintiffs<br>JOSEPH TODD DUNLAP and<br>MONA DUNLAP | By:   */s/ Sarah J. Odia*<br>    Sarah J. Odia, Esq.<br>    6385 S. Rainbow Blvd, Suite 220<br>    Las Vegas, NV 89118<br>    (702) 851-0300<br><br>    K & L GATES LLP<br>    Christina M. Paul, Esq.<br>    *Admitted Pro Hac Vice*<br>    200 S. Biscayne Blvd., Suite 3900<br>    Miami, FL 33131<br>    (305) 539-3316<br><br>Attorneys for Defendants<br>WHITE RIVER MARINE GROUP,<br>TRACKER MARINE GROUP,<br>TRACKER MARINE, LLC, and<br>TRACKER MARINE RETAIL, LLC |

*(signatures continued on following page)*

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

Dated: March 5, 2020

GIBSON ROBB & LINDH LLP
By: */s/ Chelsea D. Yuan*
    Chelsea Davenport Yuan, Esq.
    *Admitted Pro Hac Vice*
    201 Mission Street, Suite 2700
    San Francisco, CA 94105
    (415) 348-6000

BROWNE GREEN, LLC
Byron F. Browne, Esq.
Jared P. Green, Esq.
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 475-6454

Attorneys for Defendant DOMINIC AMATO

## **ORDER**

IT IS SO ORDERED that Plaintiffs' Complaint, and all related cross-actions in the instant matter are dismissed with prejudice. All parties shall bear their own attorneys' fees and costs.

DATED: March 6, 2020

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

-3-